UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE McGRAW-HILL COMPANIES, INC, ET AL. | ) ) ) |
| v. | ) Civil Action No. 3:13-0089 ) Judge Sharp/Knowles |
| ROBERT E. COOPER, JR. | ) |

**O R D E R**

The Initial Case Management Conference in this action previously set for April 1, 2013, at 10:00 a.m. is hereby rescheduled for **April 29, 2013, at 11:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge